# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

TENNESSEE BAY KENSINGTON
MANOR LIMITED PARTNERSHIP,

   PLAINTIFF                                          JUDGMENT IN A CIVIL CASE

VS

LATTER & BLUM PROPERTY
MANAGEMENT, INC.,                          CASE NO: 2:07-cv-2315-V

   DEFENDANT

---

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Of Dismissal Of All Claims And Counterclaims With Prejudice, entered on June 16, 2008, pursuant to FRCP 41, this cause is dismissed with prejudice. Each party to bear its own costs.

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

| June 16, 2008 | Thomas M. Gould |
|---|---|
| Date | Clerk of Court |

                                             s/Betty Guy
                                           (By) Deputy Clerk